IN THE FEDERAL DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. **06 - 60457**

**CIV - JORDAN**

SAND DOLLAR DISTRIBUTIONS, INC.,
a Florida Corporation,

    Plaintiff,

v.

J.S.A. INTERNATIONAL, INC.,
a Florida Corporation.

    Defendant.
_____/

## SUMMONS IN A CIVIL CASE

To: Registered Agent
   RICHARD BARON, ESQUIRE
   Suite 201
   Miami, Florida 33132

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

PETER TICKTIN
TICKTIN & RODRIGUEZ, P.A.
P.O. Box 811554
Boca Raton, Florida 33481

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of Court within a reasonable period of time after service.

Clarence Maddox
_____
Clerk

Date

APR - 6 2006

_____
Deputy Clerk